

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR REHEARING

Cause number and style:           01–13–00146–CR;  *Mendoza v. State*

Date motion filed:           July 18, 2013

Party filing motion:           Richard Mendoza, Jr.


It is **ordered** that the motion for panel rehearing is denied.


Judge's signature: /s/ Jane Bland
                              Acting for the Court

Panel consists of:  Justices Keyes, Bland, and Brown.


Date:  August 14, 2014